IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEPHANY HERNANDEZ, for herself
and all others similarly situated                    PLAINTIFFS

    vs.        CASE No. 05-CV-5185

NATIONAL ACCOUNT SYSTEMS, INC., THE
EVANS LAW FIRM, P.A., MARSHALL DALE
EVANS, HEALTHSOUTH CORPORATION,
NORTHWEST ARKANSAS PATHOLOGY ASSOCIATES,
P.A., and JOHN DOE DEFENDANTS 1-25                   DEFENDANTS

## **ORDER**

Now on this 14th day of February, 2006, there comes on for consideration the Unopposed Motion for Brief Stay in the Proceedings in Light of Agreed Mediation of All Litigants (#33-1). The Court, being well and sufficiently advised in the premises, finds that the motion should be and is hereby GRANTED

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED, AND DECREED that the plaintiffs are granted an extension of time, until the close of business on Friday, April 14, 2006, in which to respond to all outstanding matters, including motions to dismiss, and the defendants are granted an extension of time, until the close of business on Wednesday, June 14, 2006, in which to respond to plaintiff's motion for class certification. Furthermore, all

AO72A
(Rev. 8/82)

deadlines in which to file status documents associated with Rule 26, if any, are stayed until the close of business on Friday, April 14, 2006.

IT IS SO ORDERED.

/S/ *Robert T. Dawson*
　　　Robert T. Dawson
　　　United States District Judge

AO72A
(Rev. 8/82)